

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 1 4 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**AMIRZAH MCNEIL**　　　　　)　　**Premium Merchant Funding One LLC.**
PLAINTIFF　　　　　　　　　)　　DEFENDANT
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
**VS.**　　　　　　　　　　　)　　**1:25-CV- 6543**
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)

Complaint For Violations of
The Telephone Consumer Protection Act ("TCPA")

Plaintiff alleges as follows:

### I.　Parties

Plaintiff Amirzah McNeil("Plaintiff") is an individual residing in Henry County, Georgia

Defendant  Premium Merchant Funding One, LLC("Defendant") is a business entity  located at: 1385 Broadway, New York, NY 10018, and conducts business throughout the United States including Georgia.

### II.　Jurisdiction and Venus

2.1 This action arises under the Telephone Consumer Protection Act, 47.U.S. § 227("TCPA").

2.2 This court has federal question jurisdiction under 28.U.S.C § 1331

2.3 Venue is proper in this District Under 28.U.S.C § 1391(b) because Plaintiff resides in this District and the unlawful calls were received here.

### III.　Factual Allegations

**3.1** Plaintiff is the user and subscriber of cellular telephone number 404-587-3787

**3.2** Plaintiff never provided prior express written consent to Defendant to call or text Plaintiff's cell phone

**3.3** Beginning or on around June 2025, and continuing through at least November 2025, Plaintiff began receiving repeated telemarketing calls from Defendant promoting "business funding", " line of credit",and similar financing offers

**3.5** Plaintiff received at least **five (5)** voicemails from Defendant using a prerecorded/artificial voice.

**3.6** The prerecorded voice delivered the same script, same tone, and same financing solicitation each time.

**3.7** Plaintiff also received text messages from Defendant promoting a $50,000-$75,000 revolving line of Credit ( Exhibit A)

**3.8** On November 13,2025. Plaintiff expressly instructed Defendant to Stop Contacting Plaintiff and advised that the calls were unlawful ( Exhibit B)

**3.9** Despite this clear revocation of consent, Defendant continued to call and leave prerecorded messages.

**3.10** Defendant's calls were placed using automated dialing technology, as evidence by:

  a.  Rotating caller IDs
  b.  Identical prerecorded voicemail scripts
  c.  Multiple calls per week
  d.  No human initiation

**3.11** Plaintiff suffered annoyance, disruption, invasion of privacy, and frustration from these unlawful calls.

### IIII. Cause Of Action
### Count I- Violation of 47.U.S.C  § 227(b)
(Prerecorded Voice Calls to a Cell Phone Without Consent)

**4.12** Plaintiff incorporated the above paragraphs

**4.13** Defendant called Plaintiff's cell phone using prerecorded/artificial voice without Plaintiff's consent

**4.14** Each such call constitutes a separate violation of  § 227(b)

**4.15** Defendant's conduct was willful and knowing, as Plaintiff expressly told Defendant to stop, yet the calls continued.

### Count II- Violations of 47.U.S.C  § 227c)
(Telemarketing Calls After Opt-Out/ Do Not Call Request)

**4.16** Plaintiff incorporated the above paragraphs

**4.17** Plaintiff clearly and unambiguously revoked any consent and requested no further contact.

**4.18** Defendant continued telemarketing calls after the request.

**4.19** Defendant failed to honor Plaintiff's opt-out as required by 47.U.S.C  § 64.1200(d)

## V. Prayer For Relief

Plaintiff respectfully requests the following:

    a.  Statutory damages of **$500** per each violation under 47 U.S.C § 227(b) and § 227(c)

    b.  Enhanced damages of **$1,500** per each  willful violation

    c.  An injunction prohibiting Defendant from calling or texting Plaintiff against

    d.  Costs of suit

    e.  Any other relief the Court deems just


Given the volume of unlawful calls, prerecorded messages, and willful violations, Plaintiff seeks up to **$200,000 in statutory damages.**


**Jury Demand**

Plaintiff demands a trial by jury on all issues so triable

Respectfully Submitted

Amirzah McNeil

_____

Pro Se Plaintiff

Stockbridge Ga 30281

Amirzah81@hotmail.com

# Exhibit 1— TABLE OF CONTENTS

**Amirzah McNeil vs. Premium Merchant Funding One LLC.**
**Date: November 2025**

| Exhibit | Title | Description |
|---------|-------|-------------|
| A | Screenshot Compilation | Call log of repeated autodialers number june2025-Nov 2025 |
| B | Call Log | Summary of autodialer numbers |
| C | SMS thread | Blocked SMS thread with Alex from Premium Financing. |
| D | Voicemail transcripts | 5 total Voicemail Transcripts |
| E | Plaintiff Declaration | Sworn Statement Verifying Authenticity of exhibits |

## Exhibit A –Screenshot Compilation of Autodialed Calls

Plaintiff: Amirzah McNeil
Defendant: Premium Merchant Funding One, LLC
Date Range: June 2025-November 2025

**Description:**
Exhibit A contains original screenshot evidence from Plaintiff mobile device documenting the continuous, repeated, and unwanted harassing  telemarketing calls received from various rotating numbers associated with or acting on behalf of Premium Merchant Funding One LLC

The screenshots demonstrate:
1. High-frequency calling pattern characteristic of autodialer usage
2. Multiple rotating caller IDs designed to bypass call blocking
3. Calls marked as "spam"  and " Scam Likely"
4. Blocked calls that continued despite Plaintiff's stop/opt out requests
5. Dozens of calls over several months, including different area codes and toll-free numbers
6. Evidence of harassment persistence and refusal to honor do-not contact requests.

**The screenshot included in Exhibit A are:**
Full call log screens from June 2025 through November 2025
Individual "Spam" Flagged calls
Individual blocked calls
Multiple clusters showing repeated calls on the same day
Screens showing repeated calls from the same toll-free number

All screenshots were captured directly from Plaintiff's mobile device, and timestamps reflect the exact dates and times calls were received.

**Purpose of Exhibit A:**
To visually substantiate the volume, frequency, and persistence of autodialed telemarketing calls made to Plaintiff's phone without prior express written consent and after multiple opt-out requests-supporting Plaintiffs claims under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C  § 227 AND 47 C.F.R.  § 64.1200(d)



8:37

☰  Search contacts                    🎤

     ⊘ Spam • Aug 1, 12:10 PM

🚫  +234 803 331 4796 (2)           📞
     ↝ Blocked • Jul 30, 6:52 …

🚫  +1 646-567-4052 📞               📞
     ↝ Blocked • Jul 28, 5:48 …

❗  +1 404-910-3961                  📞
     ⊘ Spam • Jul 25, 11:45 AM

❗  +1 404-939-2611                  📞
     ⊘ Spam • Jul 22, 11:43 AM

🏢  EBT ᴴᴰ                           📞
     ↗ Jul 20, 11:18 AM

🏢  EBT ᴴᴰ                           📞
     ↗ Jul 20, 10:08 AM

🏢  EBT ᴴᴰ                           📞
     ↗ Jul 17, 4:37 PM

   🏠              ⠿              ⌕
  Home          Keypad       Voicemail























## Exhibit B– Summary of Call Log Records  ( June-Nov 2025)

Summary of Unsolicited Calls & Autodialer Activity

A series of phone screenshots documenting over 75+ unsolicited calls from spam-labeled and autodialer numbers, occurring between June 26,2025 and November 5, 2025.  These calls show a consistent pattern of harassing, repeated telemarketing contact using VoIP, HD-calling, and predictive dialer technology without Plaintiff consent. These calls originated from numerous rotating caller IDs, including toll-free, VoIP-generated numbers, and spoofed local area codes– all consistent with predictive dialer or autodialer systems

Total Number of Call Attempts ( based on Screen shots provided)

Approximately 75-90+ calls
(exact quantity determined through submitted screenshots)


**Screenshot of Call Log Summarized:**
The following numbers were documented through screenshots and verified through timestamps on Plaintiffs device

Repeat Multiple  Offenders
877-786-5739( August 5,11,27,29,30)
877-804-5571( September12,17,16,19,22)
877-999-1959( Oct 6,7,8,9,17,22,23)

Additional Frequent Spam Numbers
404-949-0002
404-474-0022
404-549-6210
404-419-7232
470-375-9405
661-863-9322
770-363-4642
205-619-5252
205-619-7525
502-879-5858
502-879-5858
270-373-8540
270-396-9361
716-466-8523( Blocked)
816-466-8523( Blocked)
888-919-4205
845-560-9212

862-299-5993
614-973-8487

This summary should be reviewed alongside Exhibit A( screenshots) and Exhibit C ( SMS evidence)

## Exhibit C- SMS Thread With " Alex" Premium Merchant Funding

This exhibit contains a series of unsolicited SMS messages sent to Plaintiff by an individual identifying himself as "Alex with Premium Merchant Funding" The thread includes:

The Autodialed loan-offer message
Plaintiff's inquiry asking for the business name
The sender's confirmation of Premium merchant Funding
Plaintiff's repeated opt-out and stop requests
The sender's acknowledgement of Plaintiff's notice

This message establish:
The identity of the sender and company
The use of automated text campaigns and
Defendant's continued contact despite Plaintiff revoking consent







**Exhibit D**

Contains five prerecorded voicemail messages with identical scripts, indicating
autodialer use and a unified telemarketing campaign associated with Defendant.
All voicemail messages direct Plaintiff to call back at 888-919-4205, linking them
to the same operation involved in the text messages exchange shown in  Exhibit
B

**Exhibit D- Prerecorded Voicemail Transcripts**
<u>Plaintiff: Amirzah McNeil</u>
<u>Defendant: Premium Merchant Funding One LLC</u>
<u>Date Range: June 2025- Nov 2025</u>

Voicemail #1
Date: Nov 11 2025
Time: 11:40am
Caller Id: Spam likely ( toll-free)
Transcripts:
" Processing team about your business loan matters, I'm waiting to hear back to finalize round one hundred of two thousand. All that's left is to confirm quick details. To reach me or the underwriting team please call me at 888-919-4205"

Voicemail #2
Date: Nov 10 2025
Time: 5:30pm
Caller Id: Spam likely ( toll-free)
Transcripts:
" Processing team about your business loan matters, I'm waiting to hear back to finalize round one hundred of two thousand. All that's left is to confirm quick details. To reach me or the underwriting team please call me at 888-919-4205"

Voicemail #3
Date: Nov 7 2025
Time: 11:30am
Caller Id: Spam likely ( toll-free)
Transcripts:
" Processing team about your business loan matters, I'm waiting to hear back to finalize round one hundred of two thousand. All that's left is to confirm quick details. To reach me or the underwriting team please call me at 888-919-4205"

Voicemail #4
Date: Nov 5 2025
Time: 5:59pm
Caller Id: Spam likely ( toll-free)
Transcripts:
" Processing team about your business loan matters, I'm waiting to hear back to finalize round one hundred of two thousand. All that's left is to confirm quick details. To reach me or the underwriting team please call me at 888-919-4205"

Voicemail #5
Date: Nov 4 2025
Time: 12:50pm
Caller Id: Spam likely ( toll-free)
Transcripts:
" Processing team about your business loan matters, I'm waiting to hear back to finalize round one hundred of two thousand. All that's left is to confirm quick details. To reach me or the underwriting team please call me at 888-919-4205"

**Exhibit E** — Plaintiff Declaration Authenticating Exhibits
**Title:** Plaintiff Declaration of Amirzah McNeil

**Purpose:** To Verify the authenticity and accuracy of all screenshots, call logs, blocked call logs, and SMS messages submitted as Exhibits A-C

**Summary:** This declaration is provided by Plaintiff Amirzah McNeil to authenticate the evidence submitted in support of her TCPA complaint. The declaration confirms that all screenshots were personally captured from Plaintiff's cell phone, accurately depict the call activity and text communications received, and hence not been altered in any way. It further confirms that Plaintiff revoked consent, instructed Defendant to stop contacting her, and that calls and texts continued after the opt-out

**Exhibits Contents Verified by Declaration:**
Exhibit A: Screenshot compilation of repeated Calls ( June-Nov 2025)
Exhibit B;: Screenshot Log Blocked and spam marked calls
Exhibit C : SMS conversation with "Alex" from Premium Merchant Funding confirming business identity and acknowledging opt-out
All timestamps, caller IDs, and voicemail dates reflected in Exhibits A-D were taken directly from Plaintiff's device.

**Key Points Established by Declaration:**
Plaintiff owns the phone number at issue
Screenshots are true and unaltered
Calls & texts came from multiple rotating number
Calls continued after Plaintiff opted out
Text messages show admission of sender identity

I, <u>Amirzah McNeil,</u> Declare under penalty of perjury pursuant to <u>28 U.S.C. § 1746</u> that the following is true and correct

1. I am the Plaintiff in this action and make this declaration based on my personal knowledge
2. I am the owner and regular user of the cell phone number that received the calls, and text messages described in the Compliant
3. The screenshots and voicemail transcripts attached as Exhibits A-D are true, accurate, and unaltered copies of call logs, blocked call logs, spam designations, and text messages taken directly from my personal cell phone
4. These screenshots accurately show:
    a. Multiple autodialed calls from multiple rotating numbers
    b. Continued calls after i revoked consent and requested all communication to stop
    c. Prerecorded voicemail messages
    d. Commercial loan-office text messages from "Alex" with Premium Merchant Funding,
    e. And the sender's acknowledgement of my opt-out and legal notice

5. I did not consent to receive autodialed calls, prerecorded messages, or telemarketing texts from Premium Merchant Funding One LLC, or any agent acting on their behalf.

6. After receiving repeated unwanted calls, I explicitly opted out and instructed the sender to stop contacting me. Despite this, the calls and texts continued

7. I personally took the screenshots of my call log and text messages, and they fairly and accurately represent what appeared on my device at the time they were captured.

I declare under penalty of perjury that the foregoing is true and correct

Execute on) NOVEMBER 14. 2025

Amirzah McNeil
Plaintiff ( Pro Se)
Stockbridge Ga