RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 14 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **AMIRZAH MCNEIL** | ) | **Premium Merchant Funding Once LLC,** |
| PLAINTIFF | ) | DEFENDANT |
| | ) | |
| VS. | ) | **1:25-CV-6543** |
| | ) | |

**Notice Of Mailing Draft Complaint and Demand Letter**

Plaintiff hereby gives notice that on November 14 2025, Plaintiff served upon Defendant a copy of the attached Draft Complaint, Civil Cover Sheet, and Demand Letter via certified mail with signature tracking to :

**Premium Merchant Funding One, LLC**
**1385 Broadway**
**New York, NY 10018**

**Secondary Address/ Corporate Listing**
**Premium Merchant Funding One, LLC**
**55 Water Street**
**New York, NY 10004**

**Secondary/ Corporate Listing**
**1175 Peachtree St. Ne. Suite 1000**
Atlanta Ga 30361

Respectfully submitted,

_____
Amirzah McNeil, Plaintiff (Pro Se)
Stockbridge GA, 30281
Dated: November 14 2025